UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ATHENA MEDICAL GROUP, INC., | Case No. 3:21-cv-00274-HDM-CLB |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| LEVERTY & ASSOCIATES LAW CHTD., et al., | |
| Defendants. | |

The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

IT IS FURTHER ORDERED that this matter be referred to the Chief Judge for reassignment.

IT IS SO ORDERED.

DATED: This 23rd day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE